565 U.S. 930, 132 S. Ct. 369, 181 L. Ed.
2d 235, 2011 U.S. LEXIS 7013.

October 3, 2011. Motion of John Mar-
shall Law School Veterans Legal Support
Center & Clinic, et al. for leave to file a
brief as amici curiae granted. Petition for
writ of certiorari to the United States
Court of Appeals for the Fifth Circuit
denied.

Same case below, 636 F.3d 172.

No. 10-8150. Gary M. Cohen, Peti-
tioner v. Federal Express Corpora-
tion.

565 U.S. 930, 132 S. Ct. 369, 181 L. Ed.
2d 235, 2011 U.S. LEXIS 6860.

October 3, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Second Circuit denied.
Justice Sotomayor took no part in the
consideration or decision of this petition.

Same case below, 383 Fed. Appx. 88.

No. 10-9436. John Worman, Petitioner
v. United States.

565 U.S. 930, 132 S. Ct. 369, 181 L. Ed.
2d 235, 2011 U.S. LEXIS 7060.

October 3, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Eighth Circuit denied.
Justice Kagan took no part in the consid-
eration or decision of this petition.

Same case below, 622 F.3d 969.

No. 10-9544. Sameena Ali, Petitioner
v. United States.

No. 10-9545. Mirza Ali, Petitioner v.
United States.

No. 10-9583. Keith W. Griffen, Peti-
tioner v. United States.

565 U.S. 930, 132 S. Ct. 370, 181 L. Ed.
2d 235, 2011 U.S. LEXIS 7084.

October 3, 2011. Petitions for writs of
certiorari to the United States Court of
Appeals for the Ninth Circuit denied. The
Chief Justice took no part in the consider-
ation or decision of these petitions.

Same cases below, 620 F.3d 1062.